| **Fill in this information to identify your case:** |
|---|

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy             12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Identify Yourself

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Shawni**<br>First name<br><br>**S.**<br>Middle name<br><br>**Moshiri**<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | **Shanin Moshiri**<br>**Shawni Mo**<br>**Shawni Moshiri**<br>**Shawni F. Moshiri**<br>**S Moshiri**<br>**Shawni Moshin**<br>**Shawni Moshir**<br>**Shahin Moshiri**<br>**Shan Moshiri**<br>**Shani Moshiri**<br>**Shanni Moshirir**<br>**Shan-ni Moshiri**<br>**Shawane Moshiri**<br>**Shawne Moshiri**<br>**Shawni DPM Moshiri**<br>**Shawni G. Moshiri**<br>**Shawni S. Moshiri**<br>**Shawni S DPM Moshiri**<br>**Shawni Mishiri**<br>**Shawni M. Moshiri**<br>**Shahin M. Moshiri** | |

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 1

| Debtor 1 | Shawni S. Moshiri | | Case number *(if known)* | |
|---|---|---|---|---|
| | Shanin N. Moshiri | | | |

| 3. | Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx-xx-1550 | | |

Debtor 1   **Shawni S. Moshiri**                              Case number *(if known)*

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**  Include trade names and *doing business as* names | ☐ I have not used any business name or EINs.  **DBA  Chicago Chiropractic Clinic**  Business name(s)  _____  EINs | ☐ I have not used any business name or EINs.  _____  Business name(s)  _____  EINs |
| **5. Where you live** | **800 N. Michigan Avenue**  **Unit 2203**  **Chicago, IL 60611-2150**  Number, Street, City, State & ZIP Code  **Cook**  County  **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.  _____  Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**  _____  Number, Street, City, State & ZIP Code  _____  County  **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.  _____  Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*  ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.  ☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.) | *Check one:*  ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.  ☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.) |

Debtor 1   **Shawni S. Moshiri**                                              Case number *(if known)*

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.
■ Yes.

| | District | **Northern District of Illinois (Chicago)** | When | **11/25/15** | Case number | **15-40191** |
|---|---|---|---|---|---|---|
| | District | **Northern District of Illinois (Chicago)** | When | **7/30/14** | Case number | **14-27900** |
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | | When | Case number, if known |
| Debtor | | Relationship to you | |
| District | | When | Case number, if known |

**11. Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

  ☐ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    **Shawni S. Moshiri** _____    Case number *(if known)* _____

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
_____
Number, Street, City, State & Zip Code

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  **Shawni S. Moshiri**  Case number *(if known)*

| Part 6: | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

**17. Are you filing under Chapter 7?**

■ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Part 7: | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Shawni S. Moshiri**

**Shawni S. Moshiri**
Signature of Debtor 1

Signature of Debtor 2

Executed on  **July 31, 2016**
MM / DD / YYYY

Executed on
MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ J. Kevin Benjamin ARDC #:**    Date  **July 31, 2016**
Signature of Attorney for Debtor              MM / DD / YYYY

**J. Kevin Benjamin ARDC #:**
Printed name

**Benjamin | Brand | LLP**
Firm name

**1016 W. Jackson Boulevard**
**Chicago, IL 60607-2914**
Number, Street, City, State & ZIP Code

Contact phone  **(312) 853-3100**    Email address  **attorneys@benjaminlaw.com**

**6202321**
Bar number & State

```
63rd & Pulaski Property Group, LLC
3918 W. 63rd Street
Chicago, IL 60629-4604


63rd Laser & Skin Clinic, LLC
Attn:  Nozar Amiran, A Manager
450 S. Warren Avenue
Palatine, IL 60074-6408


63rd Laser & Skin Clinic, LLC
Attn:  Amin Mashouf, A Manager
800 N. Michigan Avenue, #2203
Chicago, IL 60611


800 N. Michigan Condo Association
800 N. Michigan Avenue
Chicago, IL 60611


Alloy Financial
POB 674
Minneapolis, MN 55440-0674


Ally Financial
PO Box 130424
Saint Paul, MN 55113-0004


Ally Financial
200 Renaissance Ctr
Detroit, MI 48243


Ally Financial
Po Box 380901
Minneapolis, MN 55438


Amalgamated Bank
1 West Monroe
Chicago, IL 60603


American Access Casualty
c/o James P. Newman & Associates
2570 FoxField, #201
Saint Charles, IL 60174
```

```
American Chartered Bank
932 W. Randolph Street
Chicago, IL 60607


Amin Mashouf
800 N. Michigan Avenue
Unit 2203


Andrew Everest, Esq.
The Everest Firm
2035 W. Charleston, Suite 305
Chicago, IL 60647


Anesthesia 123 PC
c/o Law office of  David B. Sosin
11800 S. 75th Avenue, Suite 300
Palos Heights, IL 60463


AUSA-Chicago
U.S. Attorneys Office- NDIL-Chicago
219 S. Dearborn Street, Suite 500
Chicago, IL 60604


BMW Bank of North America
5550 Britton Parkway
Hilliard, OH 43026


BMW Bank of North America Dept.
c/o/Ascension Capital Group
PO Box 201347
Arlington, TX 76006


Brian S. Wallach, Esq.
U.S. Attorneys Office -NDIL-Chicago
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604


Broadway Tiffany, LLC.
c/o Vedder Price, PC.
222 N. LaSalle Street, #2400
Chicago, IL 60601


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130
```

```
Capital One
Pob 30281
Salt Lake City, UT 84130


Carl Peter Clavelli, Esq.
53 W. Jackson Boulevard
Suite 733
Chicago, IL 60604


Carlos G. Baldoceda, MD
3412 W. Fullerton Avenue
Chicago, IL 60647-2416


Chicago Foot Clinic, Ltd.
Attn:  Jeffrey A. Zaluda, Reg Agent
500 W. Madison Street, Suite 3700
Chicago, IL 60661


Citibank
Citicorp Credt Srvs/Centralized BK
Po Box 790040
Saint Louis, MO 63179


Citibank
Po Box 6241
Sioux Falls, SD 57117


Citibank So Dak NA
c/o Blatt Hasenmiller Leibsker & Mo
10 S. LaSalle Street, Suite 2200
Chicago, IL 60603


Codilis & Associates, P.C.
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527


Consumers Coop Cred Un
Po Box 9119
Waukegan, IL 60079


Consumers Coop Cred Un
2750 Washington St
Waukegan, IL 60085
```

```
Diane MacArthur, Esq.
U.S. Attorneys Office -NDIL-Chicago
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604


Dr. Louis Carrozza
3918 W. 63rd Chicago
Chicago, IL 60629


FirstMerit Bank
7227 W. Addison Street
Chicago, IL 60634


Freedman, Anselmo, Lindberg
1771 W. Diehl
Suite 150
Naperville, IL 60566


Illinois Department of Revenue
Bankruptcy Section
POB 64338
Chicago, IL 60664-0338


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Centralized Insolvency Operation
POB 7317
Philadelphia, PA 19101-7317


Joel F. Handler
1 E. Wacker Drive
Suite 510
Chicago, IL 60601


Joel M. Hammerman
U.S. Attorneys Office (NDIL)
219 S. Dearborn Street, Suite 500
Chicago, IL 60604
```

```
Kelly Mattea Greening, Esq.
U.S. Attorneys Office -NDIL-Chicago
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604


Lee A. Hendricks
c/o Joseph R. Curcio, Esq.
161 N. Clark Street, Suite 2240
Chicago, IL 60601


Levenfeld Pearlstein, LLC
2 N. LaSalle Street
Suite 1300
Chicago, IL 60602


Lexington Circuit Court
139 Main Street
Lexington, SC 29072


Marvin A. Brustin Ltd.
10 N. Dearborn Street
7th Floor
Chicago, IL 60602


Midway Cosmetic Institute, LLC
c/o Amin Mashouf, as A Mgr & Reg Ag
1620 S. Michigan Avenue, Unit 512
Chicago, IL 60616


Midway Cosmetic Institute, LLC
c/o Nozar Amiran, as A Manager
2138 S. Indian Avenue, Unit 1304
Chicago, IL 60616


Midwest Bank & Trust Company
1545 Ellinwood Avenue
Des Plaines, IL 60016


Mohammad R. Baniassadi, Esq.
180 N. LaSalle Street
Suite 1921
Chicago, IL 60601
```

```
Moshiri Investment Company, LLC
c/o Jeffrey A. Zaluda, Reg Agent
500 W. Madison Street, # 3700
Chicago, IL 60661


Moshiri Real Estate, LLC
c/o Jeffrey A. Zaluda, Reg Agent
500 W. Madison Street, #3700
Chicago, IL 60601


Much Shelist Deneberg
191 N. Wacker Drive
Suite 1800
Chicago, IL 60606


Navient Solutions, Inc.
Attn:  Claims Processing
P.O. Box 9500
Wilks-Barr, PA 18773-9500


Navient Solutions, Inc., c/o MHEAC
d/b/a American Student Assistance
100 Cambridge Street, #1600
Boston, MA 02114


Net Bank Business Finance
100 Executive Center Drive
Suite 101
Cranston, RI 02921


Presence Health
62392 Collection Ceneter Drive
Chicago, IL 60693


Provident Bank
114 E. Lexington Street
Baltimore, MD 21202-1703


Republic Bank of Chicago
1510 75th Street
Darien, IL 60561-3766


Ronald R. Peterson
Jenner & Block, LLP
353 N. Clark Street
Chicago, IL 60654
```

Ryan S. Hedges, Esq.
Vedder Price, P.C.
222 North LaSalle Street, Suite 260
Chicago, IL 60601


Saul Lopez
 6737 W Belmont Ave
Chicago, IL 60634-4648


Shawni Moshiri
601 W. Randolph Street
Chicago, IL 60601


Shiva Moshiri
800 N. Michigan Avenue
Suite 2203
Chicago, IL 60611


Terra Reynolds
U.S. Attorneys Office (NDIL)
219 S. Dearborn Street, Suite 500
Chicago, IL 60604


The Private Bank And Trust Company
149 E. Walton Place
Chicago, IL 60611


The Private Bank And Trust Company
70 W. Madison Street
Chicago, IL 60602


TIffany Broadway, LLC
c/o Joel Handler
1 E. Wacker Drive, Suite 510
Chicago, IL 60601


Tom Makendonski
Law Office of Tom Makedonski
7354 N. Milwuakee
Niles, IL 60714


Tony Faham
c/o Law Office of Joel F. Handler
55 W. Wacker Drive
Chicago, IL 60601

United States Attorney
Criminal Department
219 S. Dearborn Street
Chicago, IL 60604


United States Attorney Criminal Div
219 S. Dearborn Street
Chicago, IL 60604


US Bank
PO Box 6335
Fargo, ND 58125-6335


VCE Enterprises
PO Box 83
Rockland, MA 02370-0083